# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**JAYME LOGAN,**

                               **Plaintiff,**                        **Civil Action No. 3:21-cv-00548-YY**

 **vs.**

                                                       **ORDER GRANTING AWARD**

**COMMISSIONER of Social Security,**         **OF EAJA FEES, EXPENSES,**

—————————————**Defendant**—————————————/      **and COSTS**

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in

<u>Astrue v Ratliff</u>, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that

EAJA attorney's fees of **$7,481.83**, if not subject to any offset allowed under the U.S.

Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff,

and mailed to the attorney's office.

        Done this   27th  day of    March        , 2023

                                      /s/ Youlee Yim You
                                    U.S. Magistrate Judge

Presented by:

s/Lisa R. Lang
Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035