UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

JAYME LOGAN,
        Plaintiff,

Civil Action No. 3:21-cv-00548-YY

vs.

COMMISSIONER of Social Security,
        Defendant

ORDER GRANTING AWARD
OF ATTORNEYS FEES UNDER
42 U.S.C. § 406(b)

ORDER

Based upon the Plaintiff's Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $29,976.93, minus $7,481.83 in EAJA fees received and minus $7,200 in anticipated 406(a) fees approved for the total amount of **$15,295.10** withheld for Plaintiff's federal court attorneys fees.

It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of her past due benefits.

DATED this 27th day of March, 2024.

_____
YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE